# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Uniloc USA, Inc. et al. | |
|        Plaintiff, | Case No. 2:16-cv-00393-RWS |
| v. | LEAD CASE |
| AVG Technologies, Inc. | |
|        Defendant. | |
| Uniloc USA, Inc. et al. | |
|        Plaintiff, | Case No.: 2:16-cv-00871-RWS |
| v. | |
| Kaspersky Lab, Inc. | |
|        Defendant. | |

## Kaspersky Lab, Inc.'s Notice of Compliance
## Regarding Proposed Claim Terms

Defendant Kaspersky Lab, Inc. hereby provides notice that on February 23, 2017, it served its Proposed Claim Terms on counsel of record by electronic mail in accordance with the Court's Docket Control Order [Dkt. #73].

Dated: February 24, 2017	By	s/Casey A. Kniser
    Casey A. Kniser (*pro hac vice*)
    Eric H. Chadwick (*pro hac vice*)
    kniser@ptslaw.com
    chadwick@ptslaw.com
    80 South 8th Street, Suite 4800
    Minneapolis, MN  55402
    Phone:  (612) 349-5740
    Fax:  (612) 349-9266

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of February, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By   s/Casey A. Kniser
        Casey A. Kniser

2088763