**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al, § | |
| Plaintiffs, § | |
| § | Case No. 2:16-cv-00393-RWS |
| v. § | LEAD CASE |
| § | |
| AVG TECHNOLOGIES USA, INC., § | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**ALL CLAIMS BY UNILOC AGAINST AVG TECHNOLOGIES USA, INC.**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Defendant AVG Technologies USA, Inc., filed by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. ("Uniloc") and Defendant AVG Technologies USA, Inc. ("AVG"). The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against AVG are dismissed with prejudice.

2. Uniloc and AVG shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and AVG is hereby DENIED AS MOOT.

**SIGNED this 24th day of March, 2017.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE